1014

[No. 34484-6-I.   Division One.   September 16, 1996.]

KIRIE PEDERSEN, *Appellant*, v. CARL
MORTON WEBB, *Respondent*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-2-00835-0, David A. Nichols, J.,
entered March 24, 1994. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Baker, C.J., and Webster,
J.


[No. 34554-1-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
GUY ADAM ROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-04957-5, Donald D. Haley, J., entered
May 9, 1994. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Kennedy, A.C.J., and Agid, J.


[No. 34764-1-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
HERSHEY MARTIN GROUNDS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06652-6, Ricardo S. Martinez, J., entered
June 3, 1995. *Reversed* by unpublished opinion per Web-
ster, J., concurred in by Coleman and Ellington, JJ.


[No. 34855-8-I.   Division One.   September 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
THOMAS R. LaRUE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-08047-2, LeRoy McCullough, J., entered
June 27, 1994. *Affirmed in part, reversed in part* by unpub-
lished opinion per Grosse, J., concurred in by Kennedy,
A.C.J., and Cox, J.